*In re* LUIS NOEL GONZÁLEZ FELICIANO.

*Número:* AB-1999-109          *Resuelto:* 13 de octubre de 2000

*Gustavo A. Gelpí, Procurador General, y Ricardo E. Alegría Pons, Procurador General Auxiliar; Luis Noel González Feliciano, pro se.*

PER CURIAM: El 30 de junio de 2000, mediante una extensa y detallada resolución, censuramos "enérgicamente por su dejadez, indiferencia y falta de diligencia" al Lcdo. Luis Noel González Feliciano. Además, le apercibimos que en el futuro, "conducta de este género conlleva[ría] su suspensión de la abogacía". Finalmente, le concedimos un término de treinta (30) días para que nos informara el resultado final del caso judicial relacionado con la queja en su contra y le indicamos que nuestra resolución surtiría "efectos al serle notificada por correo a su dirección en el expediente".

El licenciado González Feliciano no cumplió con lo que le requerimos. Así las cosas, el 18 de agosto le concedimos mediante resolución un término de veinte (20) días para que nos informara "las gestiones realizadas para dar cumplimiento a nuestra Resolución de 30 de junio de 2000". A pesar del tiempo adicional que le fuera concedido, el licenciado González Feliciano aún no ha cumplido con nuestros requerimientos.

De lo anteriormente reseñado, surge con meridiana claridad, que el licenciado González Feliciano, a pesar de nuestra enérgica censura y apercibimiento de que de continuar con su patrón de conducta de "dejadez, indiferencia y falta de diligencia" sería *suspendido del ejercicio de la profesión de abogado*, ha continuado manifestando el mismo intolerable patrón de conducta. El licenciado González Feliciano continúa desatendiendo nuestras órdenes.

Reiteramos la clara obligación de todo abogado de responder con diligencia a nuestros requerimientos en los trámites de quejas presentadas en su contra, independientemente de los méritos de las mismas. *In re Capestany Rodríguez*, 148 D.P.R. 728 (1999); *In re Torres Zayas*, 147 D.P.R. 144 (1998); *In re Guemárez Santiago I*, 146 D.P.R. 27 (1998).

Tomando en consideración todo lo antes expuesto, se suspende indefinidamente del ejercicio de la profesión de abogado al Lcdo. Luis Noel González Feliciano.

Se le impone a éste el deber de notificar a todos sus clientes de su presente inhabilidad de seguir representándolos, que les devuelva cualesquiera honorarios recibidos por trabajos no realizados, y le informe oportunamente de su suspensión a los distintos foros judiciales y administrativos del país.

González Feliciano deberá certificarnos en treinta (30) días el cumplimiento de estos deberes, notificando también al Procurador General.

El Alguacil de este Tribunal deberá incautarse del sello y de la obra notarial del abogado suspendido, debiendo entregar la misma a la Directora de la Oficina de Inspección de Notarías para la correspondiente investigación e informe a este Tribunal.

*Se dictará la sentencia correspondiente.*

El Juez Presidente Señor Andréu García y los Jueces Asociados Señores Rebollo López y Fuster Berlingeri no intervinieron.